IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, | CASE NO. |
| Plaintiff, | |
| | Judge: |
| v. | |
| | Magistrate Judge: |
| DOES 1 – 60, | |
| Defendants. | |

**PLAINTIFF BUBBLE GUM PRODUCTIONS, LLC'S CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff, Bubble Gum Productions, LLC, is a one member LLC and does not have any parent corporation, and no publicly-held company owns more than 10% of Plaintiff's stock.

Respectfully submitted,

Bubble Gum Productions, LLC

DATED: January 26, 2012

By:   **DOUGLAS M. MCINTYRE & ASSOCIATES**

/s/ Douglas M. McIntyre
**DOUGLAS M. MCINTYRE (TX# 13681800)**
720 North Post Oak Road, Suite 610
Houston, Texas 77024
(713) 681-2611
(713) 461-3697– facsimile

COUNSEL FOR PLAINTIFF