# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# (HOUSTON DIVISION)

| | |
|---|---|
| Bubble Gum Productions, LLC,<br>§ § § Plaintiffs, § § § § § § § § | |
| v. | C.A. No. <u>4:12-cv-00262</u> |
| | Judge: Hon. Nancy F. Atlas |
| Does 1-60 | |
| Defendants. | |

## ORDER GRANTING DOE INDENTIFIED BY IP ADDPRESS 173.74.181.145's MOTION TO QUASH

The Court, after having considered Doe Identified by IP Address 173.74.181.145's Motion to Quash and other related responses and briefings is of the opinion that Defendant Doe's Motion to Quash should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Doe's Motion to Quash is, in all respects, GRANTED.