April 5, 2012

Mr. Paul Duffy
Prenda Law, Inc.
161 N. Clark St. Suite 3200
Chicago, IL 60601

United States Courts
Southern District of Texas
FILED

APR 1 0 2012

David J. Bradley, Clerk of Court

Representing Bubble Gum Productions, LLC

Re: Civil Action No. 4:12-cv-00262

To Whom It May Concern:

A notice from Verizon Online, LLC was received indicating that **Internet Protocol Address: 71.170.84.105** had 'perhaps infringed' your client's copyrights by illegally downloading and/or distributing a movie. Thus Verizon had been served with a subpoena to disclose the personal information of the customer assigned to the afore mentioned IP address.

First of all, the IP address above is not even within the jurisdiction of the United States District Court for the Southern District of Texas.

Secondly, the person assigned to this IP address is an older person, with very little knowledge of the use of the internet. The computer associated with the IP address has been sufficiently secured, thus due diligence, on the part of the owner has been complied. Furthermore, there is no history of any such material on this computer.

Given the information above, I believe it would be prudent to drop this particular IP address from your lawsuit.

Sincerely,

Kim Kempker

cc: Verizon Legal Compliance
    United States District Court for the Southern District of Texas



United States Courts
Southern District of Texas
FILED
APR 10 2012
David J. Bradley, Clerk of Court





U.S. POSTAGE
$4.55
FCM LETTER
76092
Date of sale
04/05/12
02   1P00
09241416

## USPS® FIRST-CLASS MAIL®

0 lb. 0.40 oz.

SHIP TO: U.S. District Court for South Dist. of TX
Mr. David J. Bradley
Clerk of Court
P.O. Box 61010

HOUSTON TX 77208

## USPS® CERTIFIED MAIL™



ZIP

420 77208 9171 9690 0892 8026 0527 23