# HEARING MINUTES AND ORDER

**Cause Number**: 4:12CV262

**Style**: Bubble Gum Productions, LLC v. Does 1-60

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Douglas McIntyre | Plaintiff |
| No Appearances | Defendants |

**Date**: May 16, 2012         **ERO**: Yes
**Time**: 10:38 a.m. - 10:49 a.m.    **Interpreter**: N/A

**At the hearing the Court made the following rulings**:

Status conference held.

**SIGNED** at Houston, Texas this 16th day of May, 2012.

_____
Nancy F. Atlas
United States District Judge